```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>FP CONSTRUCTION, etc.,<br><br>            Defendant. | NO.  C 11 5454 EDL<br><br>PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE; ORDER<br><br>DATE: 9/25/12<br>TIME: 10:00 a.m. |

Plaintiffs report the status of this case as follows:

Plaintiffs filed a Motion for Summary Judgment on September 11, 2012.  The hearing date on the Motion is October 30, 2012.

It is requested that the Further Case Management Conference set for September 25, 2012 be continued to October 30, 2012.

                              Respectfully submitted,

Dated: September 11, 2012    ERSKINE & TULLEY

                              By:   /s/ Michael J. Carroll
                                   Michael J. Carroll
                                   Attorneys for Plaintiffs

1  O R D E R

2  IT IS SO ORDERED that the Further Case Management Conference
3  set for September 25, 2012 be continued to October 30, 2012 at 9:00
4  a.m.

5  Dated: September 12, 2012                 _____
                                              Magistrate Judge
6                                             Elizabeth D. Laporte

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City of Sausalito, County of Marin, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 3030 Bridgeway, Suite 231, Sausalito, CA 94965.  On September 11, 2012 I served the within PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE; ORDER on the defendant and its previous counsel in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Rio Vista, addressed as follows:

Fran Pena
FP Construction, Inc.
4912 Central Way, Suite 5
Fairfield, CA 94534

Fran Pena
FP Construction, Inc.
10824 Olson Drive, Box C376
Rancho Cordova, CA 95670

William C. Last, Jr.
Jonathan M. Bowne
Last & Faoro
520 South El Camino Real, Suite 430
San Mateo, CA 94402

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2012 at Rio Vista, California.


                                              <u>/s/Diane Andrade</u>
                                              DIANE ANDRADE